# LORI SCHMID

## Certified Shorthand Reporter
### Hays County Court at Law
712 S. Stagecoach Trail, Suite 2292
San Marcos, Texas 78666
512.393.7740
Lori.schmid@co.hays.tx.us

{_____}

Sent via e-mail

Mr. Chris Knowles
3rd Court of Appeals                                    October 6, 2015

IN RE:  Appellate Cause No.: 03-15-00375-CV; Trial Court Cause No. 15-0173; Robert M. Zapata, Appellant v Bank of America, N.A., Appellee

Dear Mr. Knowles:

After speaking with Appellant's attorney, James Minerve, to inquire about the pending payment for the Reporter's Record in the above-referenced matter, please be advised that Mr. Minerve has cancelled his order of the Reporter's Record and I will, therefore, not be filing with the Third Court of Appeals.

Thank you.

Lori Schmid
Certified Shorthand Reporter